**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dennis Elijah JEMISON, a/k/a D.J., a/k/a Larry R. Mathis, Defendant–Appellant.**

**No. 02–7224.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2002.

Decided Feb. 4, 2003.

Dennis Elijah Jemison, Appellant Pro Se. Janet S. Reincke, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dennis Elijah Jemison seeks to appeal the district court's order denying his motions for reconsideration of the denial of his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Jemison has not made a substantial showing of the denial of a constitutional right. *See United States v. Jemison,* Nos. CR–97–117; CA–01–395–2 (E.D. Va. filed July 19, 2002 & entered July 22, 2002; Aug. 9, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*